JS-6

Christopher J. Hamner, Esq. (SBN 197117)
**HAMNER LAW OFFICES, APLC**
26565 West Agoura Road, Suite 200-197
Calabasas, California 91302
Telephone: (888) 416-6654
chamner@hamnerlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DANIEL FREEMAN, dba FOR WOMEN BY MISTER MARCUS, a California resident,<br><br>Plaintiff<br><br>v.<br><br>THE HANOVOVER AMERICAN INSURANCE COMPANY dba HANOVER INSURANCE GROUP, a New Hampshire corporation; and DOES 1 THROUGH 5, inclusive,<br><br>Defendants | Case No.: 2:20-cv-06553-FMO-SP<br><br>[~~PROPOSED~~] ORDER TO DISMISS THE CASE; GRANTING REQUEST [17] |

### [~~PROPOSED~~] ORDER

It is hereby ordered that this matter is dismissed in its entirety without prejudice.

Dated: November 17, 2020          /s/
                              _____
                              Honorable Judge Fernando M. Olguin